UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., E.R. SQUIBB & SONS L.L.C., ONO PHARMACEUTICAL CO., LTD., and TASUKU HONJO,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCK & CO., INC and MERCK SHARP & DOHME CORP.,<br><br>    Defendants. | Misc. No. |

**MOTION TO MODIFY MERCK'S THIRD-PARTY SUBPOENAS TO DANA FARBER CANCER INSTITUTE, INC. AND GORDON FREEMAN**

Pursuant to Federal Rules of Civil Procedure 26(c) and 45(d)(3), Dana-Farber Cancer Institute, Inc. ("Dana-Farber") and its employee Gordon Freeman, Ph.D. ("Freeman") hereby move the Court for an order modifying the time allowed for Dana-Farber and Freeman to respond to two third-party subpoenas issued by Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively, "Merck") in *Bristol-Myers Squibb Co. et al v. Merck & Co Inc.*, C.A. Nos. 14-1131, 15-560 & 15-572 (D. Del.).

Dana-Farber and Freeman respectfully request that the Court order that they not be required to produce documents until Bristol-Myers Squibb Co., E.R. Squibb & Sons L.L.C., (together, "BMS") and Tasuku Honjo ("Honjo")—who are plaintiffs in the District of Delaware action and also are defendants in a case brought by Dana-Farber presently pending before Judge Wolf in this Court—provide full and complete answers to Dana-Farber's first set of interrogatories to Honjo and certify that they completed substantial production of all documents responsive to Dana-Farber's first set of document requests, both served in January in *Dana-*

*Farber Cancer Institute, Inc. v. Ono Pharmaceutical Co., Ltd. et al.*, C.A. No. 15-cv-13443-MLW (D. Mass.).

This Motion, including the relief requested, is directly related to Dana-Farber's motion to compel discovery now pending before Judge Wolf in *Dana-Farber v. Ono Pharma.* Dana-Farber respectfully suggests that this motion be referred to Judge Wolf so that the two motions, filed contemporaneously, can be resolved together.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned hereby certifies that counsel for moving third parties Dana-Farber and Gordon Freeman conferred with counsel for Merck, and that counsel for Merck does not assent to this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(D), Dana-Farber and Gordon Freeman believe that oral argument may assist the Court and respectfully request the opportunity to be heard.

Respectfully submitted,

DANA-FARBER CANCER INSTITUTE, INC.,
and GORDON FREEMAN

By their attorneys,

/s/ *Barbara A. Fiacco*
Donald R. Ware (BBO No. 516260)
Barbara A. Fiacco (BBO No. 633618)
Sarah S. Burg (BBO No. 683245)
Michael Hoven (BBO No. 688593)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)

Dated: March 18, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2016 a true and accurate copy of this document, which was filed via the Court's ECF system, will be sent via U.S. Mail and email to the following counsel for Merck & Co., Inc., and Merck Sharp & Dohme Corp.:

    Kirsten E. Braun, Esq.
    Jeffrey P. Kushan, Esq.
    Sidley Austin LLP
    1501 K. Street, N.W.
    Washington, D.C. 20005

                                            /s/   *Barbara A. Fiacco*
                                            Barbara A. Fiacco

Dated: March 18, 2016