# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., <br> E.R. SQUIBB & SONS, L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br>         Plaintiffs. <br> v. <br> MERCK & CO., INC., and <br> MERCK SHARP & DOHME CORP., <br>         Defendants. | Misc. No. 1:16-mc-91079-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Donald R. Ware as attorney for third party Dana-Farber Cancer Institute, Inc. and its employee, third party Gordon Freeman, Ph.D., in the above-captioned matter.

Respectfully submitted,

DANA-FARBER CANCER INSTITUTE, INC.
and GORDON FREEMAN
By their attorneys,

/s/ Donald R. Ware
Donald R. Ware (BBO No. 516260)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)
dware@foleyhoag.com

Dated: March 22, 2016

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on March 22, 2016.

              /s/ *Donald R. Ware*
              Donald R. Ware

Dated: March 22, 2016