UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., <br> E.R. SQUIBB & SONS, L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br><br>        Plaintiffs. <br><br> v. <br><br> MERCK & CO., INC., and <br> MERCK SHARP & DOHME CORP., <br><br>        Defendants. | Misc. No. 1:16-mc-91079-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael Hoven as attorney for third party Dana-Farber Cancer Institute, Inc. and its employee, third party Gordon Freeman, Ph.D., in the above-captioned matter.

Respectfully submitted,

DANA-FARBER CANCER INSTITUTE, INC.
and GORDON FREEMAN
By their attorneys,

/s/ Michael Hoven
Michael Hoven (BBO No. 688593)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)
mhoven@foleyhoag.com

Dated: March 22, 2016

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on March 22, 2016.

      /s/ Michael Hoven
      Michael Hoven

Dated: March 22, 2016