# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO., E.R. SQUIBB & SONS L.L.C., ONO PHARMACEUTICAL CO., LTD., and TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC and MERCK SHARP & DOHME CORP., <br><br> Defendants. | Misc. No. 1:16-mc-91079-ADB |

## CORPORATE DISCLOSURE STATEMENT OF
## DANA FARBER CANCER INSTITUTE, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Dana-Farber Cancer Institute, Inc. hereby states it does not have a parent company, and that no publicly traded corporation owns 10% or more of its stock.

Respectfully submitted,

DANA-FARBER CANCER INSTITUTE, INC.,

By its attorneys,

/s/   Barbara A. Fiacco
Donald R. Ware (BBO No. 516260)
Barbara A. Fiacco (BBO No. 633618)
Sarah S. Burg (BBO No. 683245)
Michael Hoven (BBO No. 688593)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000 (telephone)
(617) 832-7000 (facsimile)

Dated:  March 22, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on March 22, 2016.

                                                /s/ Barbara A. Fiacco
                                                Barbara A. Fiacco

Dated: March 22, 2016