# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRISTOL-MYERS SQUIBB CO., <br> E.R. SQUIBB & SONS L.L.C., <br> ONO PHARMACEUTICAL CO., LTD., and <br> TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC. and <br> MERCK SHARP & DOHME CORP., <br><br> Defendants. <br><br> v. <br><br> DANA-FARBER CANCER INSTITUTE, INC., <br> GORDON FREEMAN, <br><br> Subpoena Recipients. | MBD No. 16-MC-91079-ADB |

## NOTICE OF WITHDRAWAL OF MERCK'S
## MOTION FOR EXPEDITED HEARING ON MOTION TO MODIFY

Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively, "Merck") respectfully submit this notice of withdrawal without prejudice of Merck's Motion for Expedited Hearing ("Motion for Expedited Hearing") on the Motion to Modify Merck's Third-Party Subpoenas to Dana-Farber Cancer Institute, Inc. ("Dana-Farber") and Gordon Freeman ("Freeman") (collectively, "Dana-Farber").  Merck is filing this notice pursuant to an agreement Merck and Dana-Farber reached following Merck's service of the Motion for Expedited Hearing.

More specifically, Merck and Dana-Farber have agreed that Dana-Farber will produce a subset of documents called for by Merck's subpoenas on or before April 8, 2016.  Dana-Farber's Motion to Modify will remain pending and, except to the extent the production of the subset of

documents referenced above moots Dana-Farber's motion with respect to those documents, Dana-Farber reserves its objections to the timing and scope of Merck's subpoenas.  Merck reserves its right to file an opposition to the Motion to Modify and agrees that if Dana-Farber wishes to file a reply brief, it may do so within seven (7) days of the filing of Merck's opposition.

Merck and Dana-Farber have further agreed that, on or after April 25, 2016, if Merck believes that further production of documents from Dana-Farber is needed and Dana-Farber objects to such further production, Merck may renew its motion for an expedited hearing.  Merck will also reasonably cooperate with Dana-Farber to have such a motion for expedited hearing and Dana-Farber's motion to modify heard by Judge Wolf together with Dana-Farber's motion to compel production from the defendants in *Dana-Farber Cancer Institute, Inc. v. Ono Pharmaceutical Co., Ltd. et al.*, No. 15-13443-MLW (D. Mass.) (MLW).

WHEREFORE, Merck hereby requests that this Court permit Merck to withdraw without prejudice its Motion for an Expedited Hearing.

DATED: March 25, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
60 State Street, 36th Floor
Boston, Massachusetts 02109
(617) 223-0304
jpirozzolo@sidley.com

>Jeffrey P. Kushan (*pro hac* motion forthcoming)
>Kirsten E. Braun (*pro hac* motion forthcoming)
>1501 K Street, N.W.
>Washington, DC 20005
>(202) 736-8914
>jkushan@sidley.com
>kbraun@sidley.com
>*Counsel for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.*

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016 a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF.

>*/s/ Jack W. Pirozzolo*
>Jack W. Pirozzolo